UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. KERNS,<br><br>                              Plaintiff,<br><br>v.<br><br>MATHEW J. WENNER,<br><br>                             Defendant. | Case No.: 16-CV-2438-WQH(WVG)<br><br>ORDER DENYING PLAINTIFF'S (1) MOTION TO DENY DEPOSITION RIGHTS [Doc. No. 134], (2) REQUEST FOR COURT ORDER [Doc. No. 138], and (3) REQUEST FOR ORDER [Doc. No. 142] |

Plaintiff's motion seeking to prevent Defendant from taking his deposition is DENIED as moot. (Doc. No. 134.) The Court previously heard argument on this matter on November 9, 2017 and subsequently ordered Plaintiff to sit for deposition. (Doc. Nos. 143, 144.)

Plaintiff's request for a Court Order to compel the production of insurance policies is DENIED without prejudice. (Doc. No. 138.) Plaintiff has not sufficiently supported his request. There is no indication that a dispute actually exists or—if a dispute exists—that the Court's meet and confer requirements have been satisfied.

Plaintiff's request for a Court Order for admission of all of Defendant's insurance policies is DENIED without prejudice. (Doc. No. 143.) The relevance of these documents

1

is unclear to this Court, and Plaintiff has not engaged in the necessary argument and analysis to support his conclusory request.

**IT IS SO ORDERED.**

Dated: January 26, 2018

_____
Hon. William V. Gallo
United States Magistrate Judge